York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent, v. SAMUEL D. FRIEDMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR SAUNDERS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CATHERINE FREER, an Infant, by JOSEPH FREER, Her Guardian ad Litem, Respondent, v. DANGLE REALTY CORPORATION, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,203.43; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANTHONY MONTESANO, Respondent, v. BARTHOLOMEW SBARBORO, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of BERNHARD KUPFER, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 821.]

JOHN W. BAXTER, Respondent, v. CELIA L. CLARKE, as Executrix, etc., of AUGUSTUS W. CLARKE, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPHINE GUNNELL, as Executrix, etc., of LEWIS HAMILTON GUNNELL, Deceased, Respondent, v. MARY A. ERNST and Others, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $14,206.37; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN HJELSTRON, Respondent, v. ISIDORE SAMUELS and GEORGE H. SCHUBERTH, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE CHARLES PARKER COMPANY, Respondent, v. BRIS-BAR HOLDING COMPANY, INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS RAMSAY, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.; Martin, J., dissents and votes for reversal and a new trial.

ARMAND SCHMOLL, INC., Respondent, v. COMMONWEALTH & DOMINION LINE, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAMS-DEXTER CO., INC., Respondent, v. DOWLAND REALTY CORPORATION, Appellant, Impleaded with Others.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin

* Affd., 259 N. Y. ——.